UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MORATA, et al.,

                      Plaintiffs,

           -against-

THE REPUBLIC OF ARGENTINA,

                      Defendant.
------------------------------------------------------------------- x

**ORDER OF DISMISSAL**

04-CV-3314 (LAP)

      WHEREAS, on December 9, 2004, plaintiffs Marcello Calanca and Elettra Casalini ("Plaintiffs"), among others, filed an Amended Complaint, ECF No. 7, against the Republic of Argentina (the "Republic") based on Plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

      WHEREAS, on January 18, 2007, the Court entered a final Judgment, ECF No. 34, against the Republic and in favor of Plaintiffs, among others;

      WHEREAS, on July 18, 2019, the Court entered an Order requiring reports regarding the status of claims in this case, ECF No. 192 (the "Status of Claims Order");

      WHEREAS, based on information provided by Plaintiffs' counsel in response to the Status of Claims Order, it appears that Plaintiffs are deceased without any heirs or successors;

      WHEREAS, no motion for substitution of any party for Plaintiffs has been filed and Plaintiffs' counsel is unaware of any such forthcoming motion.

      NOW, THEREFORE, Plaintiffs' claims are hereby dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1) with prejudice and without costs.

SO ORDERED:

*Loretta A. Preska*
United States District Judge
Dated:    June 3  , 2020