UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MORATA, et al.,

                           Plaintiffs,

                -against-

THE REPUBLIC OF ARGENTINA,

                          Defendant.
------------------------------------------------------------------------x

**PARTIAL STIPULATION AND ORDER OF DISMISSAL**

04-CV-3314 (LAP)

       WHEREAS, on December 9, 2004, plaintiffs Adriano Rosato, Aldo David, Alessandro Morata, Andrea Bonazzi, Angelina Salmistraro, Angelo Leoni, Angiolino Fusato, Anna Storchi, Anneliese Gunda Becker, Antonella Bacchiocchi, Antonio De Francesco, Barbara Ricchi, Bruno Calmasini, Bruno Pappacoda, Carla Morata, Carmelina Censi, Carmelo Maio, Eugenia Re, Felicina Gaioli, Francesco Corso, Francesco Foggiato, Francesco Mauro Ghezzi, Gabriele Fusato, Gian Francesco Cercato, Giancarlo B. Corsi, Gianfranco Guarini, Giorgio Bennati, Giorgio Bistagnino, Graziella DaCroce, Guglielmina Massara, Italia Camato, Laura Cosci, Luca Vitali, Luisella Guardincerri, Manuelito Toso (succeeded by Annaliese Gunda Becker, Mauro Toso, Valeria Toso, and Tiziana Toso), Marco Cavalli, Maria Luigia Conti, Maria Rita Moretto, Maritza Lenti, Martino Verna, Mauro Toso, Milena Ampalla, Mirco Masina, Orsolina Berra, Rachele Bontempi, Renate Tielman, Rinaldo Frisinghelli, Romano Marton, Sante Stefani, Silvana Corato, Stefania Bonpensiere, Stefano Bistagnino, Studio Legale Bennati, Tarcisia Dalbosco, Ugo Lorenzi, Valeria Toso, Vincenzo Carbone, Claudio Mangano, Mario Vicini, Giuseppina Capezzera, Maddalena Gaioli, Giuseppina Corso, Mativa SRL, Filippo Bagolin, and Giulia Greggio,

currently represented by Duane Morris LLP, (together, the "Duane Morris Plaintiffs"), among others, filed an Amended Complaint against the Republic of Argentina (the "Republic") based on the Duane Morris Plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

WHEREAS, the Duane Morris Plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims against the Republic and accordingly no longer hold any interest in the Bonds that are the subject of the above-captioned case.

NOW, THEREFORE, the Duane Morris Plaintiffs, by their attorneys Duane Morris LLP, and the Republic, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE THAT:

1.   The Duane Morris Plaintiffs' claims are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs.

2. This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

| | |
|---|---|
| Dated: New York, New York<br>June __4__, 2020 | Dated: New York, New York<br>June __4__, 2020 |
| DUANE MORRIS LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: __/s/ Anthony J. Costantini__<br>Anthony J. Costantini<br>(ajcostantini@duanemorris.com)<br>1540 Broadway<br>New York, NY 10036 | By: __/s/ Carmine D. Boccuzzi, Jr.__<br>Carmine D. Boccuzzi, Jr.<br>(cboccuzzi@cgsh.com)<br>One Liberty Plaza<br>New York, New York 10006 |
| *Attorneys for the Duane Morris Plaintiffs* | *Attorneys for the Republic of Argentina* |

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing

SO ORDERED:

_____
United States District Judge
Dated: _____, 2020