UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORATA, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | 4 Civ. 3314 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Due to new information received from Counsel for Plaintiffs Marcello Calanca and Elettra Casalini, this Court's Order of Dismissal dated June 3, 2020 [dkt. no. 195] is withdrawn. The Clerk of the Court is directed to strike the relevant docket entry.

**SO ORDERED.**

Dated:   New York, New York
         June 4, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1