UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORATA, et al.,

                 Plaintiffs,

 -against-

THE REPUBLIC OF ARGENTINA,

                 Defendant.

4 Civ. 3314 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the parties' letters regarding proposed dismissal of the claims of Mr. Calanca and Ms. Casalini [dkt. nos. 193, 199, 202].  Unless a motion for substitution is filed by June 29, 2020, the actions will be dismissed.

**SO ORDERED.**

Dated:    New York, New York
          June 15, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1