UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORATA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>　　　　　　Defendant. | 4 Civ. 3314 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Republic shall respond to counsel's letter dated June 16, 2020 [dkt. no. 206] by letter no later than June 22, 2020.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　 June 17, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge