UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORATA, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | 4 Civ. 3314 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

 Before the Court is Plaintiffs' motion for reconsideration of the Court's June 15, 2020, order conditionally dismissing the action pursuant to Fed. R. Civ. P. 25(a)(1) [dkt. no. 206]. The motion is denied.

 First, Plaintiffs have not met the requirements for reconsideration, namely, they have not identified any fact or law the Court overlooked in its order.

 Second, as set out in the Republic's letter dated June 22, 2020 [dkt no. 208], in response to the Court's July 17, 2019 order directing Plaintiffs to inform the Republic of the status of the action [dkt. no. 192], Plaintiffs' counsel stated that Plaintiffs Calanca and Casalini "were deceased with no known heirs," [dkt. no. 208-1]. In response to the Court's warning on June 15, 2020, that "[u]nless a motion for substitution is filed by June 29, 2020, the actions will be dismissed," [dkt no. 205], Plaintiff's counsel has informed the Court that it is unlikely such a motion will be

1

filed, [dkt. no. 206].  Assuming that holds true, the actions would be dismissed on June 29, 2020.  In such an instance, Rule 25(a)(1) would operate exactly as intended.

Accordingly, Plaintiffs' motion for reconsideration [dkt no. 206] is denied.

**SO ORDERED.**

Dated:    New York, New York
          June 23, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge